ORIGINAL

**FILED**

MAY - 9 2002

CLERK, U.S. DISTRICT COURT

By _____
          Deputy

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al., | NO. 3- 02-MC-032-M |
| Plaintiff, | |
| vs. | |
| Arthur Andersen LLP, a limited liability partnership, et al., | |
| Defendants. | |

## STIPULATION TO WITHDRAW GODWIN GRUBER'S MOTION TO QUASH AND OBJECTIONS TO THE TRUSTEE'S *SUBPOENA DUCES TECUM*

THE PARTIES TO THIS STIPULATION, PLAINTIFF, GERALD K. SMITH, PLAN TRUSTEE OF BOSTON CHICKEN, INC. ("TRUSTEE"), GODWIN GRUBER, P.C. ("GODWIN GRUBER"), AND DEFENDANT SCOTT A. BECK ("BECK") HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.     Beck will produce to the Trustee the following documents in the *Charles D. Howell, Trustee v. Blockbuster Entertainment Corporation, Scott Beck et al.*, Dallas County District Court, State of Texas, Case No. 10193-M (the *Howell* case) in the care, custody or control of Beck's Dallas, Texas counsel, Gardere Wynne & Sewell, L.L.P. ("Gardere Wynne"):

          a.  Depositions, interrogatories and requests for admissions;

          b.  Trial exhibits;

H:\Boston Market\Pleadings\Stipulation--Texas.doc

9

1           c. Trial transcripts; and

2           d. The settlement agreement signed by all parties.

3       2.     Gardere Wynne also will provide a list of other documents in its care, custody

4 or control to determine if additional documents are needed by the Trustee by May 20, 2002.

5       3.     Beck will produce to the Trustee the *Howell* documents identified in paragraph

6

7 1 (a) to (d) above at the offices of Beck's local counsel in Phoenix, Arizona no later than

8 May 17, 2002.

9       4.     Based upon Judge Paul G. Rosenblatt's May 2, 2002 Order, Beck agrees that

10 Godwin Gruber can produce its copy of the *Howell* settlement agreement.

11       5.     The Trustee agrees to treat the *Howell* settlement agreement produced by Beck

12 and Godwin Gruber as subject to the Order Governing Confidentiality Of Documents

13 Produced By Third Parties entered by the Honorable Paul G. Rosenblatt on February 5,

14 2002. If other documents called for by this Stipulation were subject to a confidentiality order

15 in the *Howell* case, then those confidential documents will be subject to Judge Rosenblatt's

16 February 5, 2002 Order Governing Confidentiality Of Documents Produced By Third

17 Parties.

18

19       6.     Godwin Gruber will review the following boxes it maintains in storage in the

20 *Howell* case for the purpose of removing any confidential, privileged or work product

21 materials: 12, 14-20, 28, 34, 42, 48, 49, 54, 57, 64, 84, 87, 95, 100, 104, 107, 112, 180, 185-

22 190, 193-195 and 198-207. The documents to be produced to the Trustee from these boxes

23 is formal discovery including, depositions, interrogatories and requests for admissions, trial

24 exhibits, trial transcripts and the *Howell* settlement agreement.

25

05/09/02 13:05 FAX 6022343895 BEUS, GILBERT #1 @004

7.   The Trustee will pay a reasonable cost of retrieving the foregoing boxes from storage in Dallas, Texas and delivery to Godwin Gruber.

8.   The Trustee will pay to Godwin Gruber for the "privileged" review of these boxes a fair and reasonable fee not to exceed $4,000.

9.   Godwin Gruber will complete its "privileged" review in order that its nonprivileged documents can be reviewed by the Trustee, for purposes of inspection and copying, at Godwin Gruber beginning no later than May 24, 2002. The Trustee will pay the cost of reproducing the documents it identifies from Godwin Gruber's nonprivileged document production.

10.   The Trustee agrees that if any confidential, privileged or work product materials are discovered during its review of Godwin Gruber's documents, the Trustee will so notify Godwin Gruber, not make any copies thereof and will consider production of such materials to be inadvertent and not an express or implied waiver of any privilege or confidential treatment to which the materials are otherwise entitled.

11.   If Godwin Gruber subsequently determines after its document production to the Trustee that any documents so produced contained confidential or privileged information, then Godwin Gruber will have the right to the return of such documents and their production will not be deemed to be a waiver of any privilege or confidential treatment.   On the Trustees' motion, the Court can decide whether the document is confidential or privileged

12.   By this Stipulation, Godwin Gruber agrees to withdraw its Motion To Quash and Objections to the Trustee's *Subpoena Duces Tecum* set for hearing on May 10, 2002 and

3

H:\Enron Market\Pleadings\Stipulation—Texas.doc

1    the Trustee and Godwin Gruber agree that the Court may enter an Order approving the

2    Stipulation.

3                                        Respectfully submitted,

4                                        BEUS GILBERT PLLC

5

6                                        By

7                                           Leo Beus
                                            AZ Bar No. 002687
8                                           Richard H. Goldberg
                                            AZ Bar No. 20824
9                                           1000 Great American Tower
                                            3200 North Central Avenue
10                                          Phoenix, Arizona 85012
                                            Telephone:  602-274-8229
11                                          Facsimile:  602-234-5893

12

13                                       ATTORNEYS FOR PLAINTIFF

14

15                                       GODWIN GRUBER, P.C.

16

17                                       By:

18                                          G. Michael Gruber
                                            State Bar No. 08555400
19                                          Brian N. Hail
                                            State Bar No. 08705500
20                                          Renaissance Tower
                                            1201 Elm Street, Suite 1700
21                                          Dallas, Texas 75270
                                            Telephone:  214-939-4400
22                                          Facsimile:  214-760-7332

23                                       ATTORNEYS FOR GODWIN GRUBER, P.C.

24

25

H:\Boston Market\Pleadings\Stipulation-Texas.doc

                                            4

GARDERE WYNNE SEWELL, L.L.P.


By: *Cynthia Hollingsworth*
Cynthia Hollingsworth, Esq.
State Bar No. 09879500
3000 Thanksgiving Tower
1601 Elm St.
Dallas, TX 75201-4761
Telephone: 214-999-4656
Facsimile: 214-000-3656

**ATTORNEYS FOR DEFENDANT
SCOTT A. BECK**

H:\Boston Market\Pleadings\Stipulation--Issue.doc

5