ORIGINAL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
MAY 10 2002
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al., | NO. 3-02-MC-032-M |
| Plaintiff, | |
| vs. | |
| Arthur Andersen LLP, a limited liability partnership, et al., | |
| Defendants. | |

ENTERED
U.S.D.C.

## AGREED ORDER

THIS MATTER having come before the court on the parties' Stipulation to Withdraw Godwin Gruber's Motion to Quash and Objections to the Trustee's *Subpoena Duces Tecum*, and the Court being fully advised in the premises hereby grants the Stipulation and vacates the hearing set for May 10, 2002.

~~DONE AND~~ SIGNED IN ~~OPEN COURT~~ this 10TH day of MAY, 2002.

BY THE COURT

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

H:\Boston Market\Pleadings\Stip-Order--Texas.doc

10

```
 1  AGREED AS TO FORM:

 2  BEUS GILBERT PLLC

 3
    By: /s/ Richard H. Goldberg
 4      Leo Beus
        AZ Bar No. 002687
 5      Richard H. Goldberg
        AZ Bar No. 20824
 6      1000 Great American Tower
        3200 North Central Avenue
 7      Phoenix, Arizona 85012
 8      Telephone: 602-274-8229
        Facsimile: 602-234-5893
 9  ATTORNEYS FOR PLAINTIFF

10
    GODWIN GRUBER, P.C.
11

12  By: /s/
        G. Michael Gruber
13      State Bar No. 08555400
        Brian N. Hail
14      State Bar No. 08705500
15      Renaissance Tower
        1201 Elm Street, Suite 1700
16      Dallas, Texas 75270
        Telephone: 214-939-4400
17      Facsimile: 214-760-7332
    ATTORNEYS FOR GODWIN GRUBER, P.C.
18
    GARDERE WYNNE SEWELL, L.L.P.
19

20  By: /s/ Cynthia Hollingsworth
        Cynthia Hollingsworth, Esq.
21      State Bar No. 09879500
22      3000 Thanksgiving Tower
        1601 Elm St.
23      Dallas, TX 75201-4761
        Telephone: 214-999-4656
24      Facsimile: 214-999-3656
25  ATTORNEYS FOR DEFENDANT SCOTT A. BECK
```

2

H:\Boston Market\Pleadings\Sup-Order--Texas.doc